# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHON DATHEN RUCKER, | 1:11-cv-00904 OWW GSA |
| Plaintiff, | **FURTHER ORDER REGARDING PAYMENT OF THE FILING FEE** |
| v. | |
| HONORABLE GARY PADEN, ARTHUR HAMPAR, NEAL PEDIWITZ, VISALIA POLICE DEPARTMENT, STERLING SECURITY, TULARE PUBLIC DEFENDER'S OFFICE, | |
| Defendants. | |

On June 6, 2011, Plaintiff Shon Dathen Rucker filed a civil rights complaint with this Court. (Doc. 1.) That same date, he filed an Application to Proceed In Forma Pauperis by a Prisoner. (Doc. 2.)

On June 9, 2011, this Court granted Plaintiff's application to proceed without prepayment of fees or costs, and ordered that the statutory filing fee of $350.00 be paid by installments whenever Plaintiff's trust account maintained by the Tulare County Sheriff's Department exceeded a balance of more than $10.00. The order was served on both Plaintiff and the Tulare County Sheriff's Department. (*See* Doc. 3.)

1

1    Thereafter, however, on June 14, 2011, the entire civil case filing fee of $350.00 was paid
2 to and received by the Clerk's Office on Plaintiff's behalf.  (Receipt No. CAE100015336.)
3    Accordingly, the Tulare County Sheriff's Department is ORDERED TO DISREGARD
4 this Court's previous Order dated June 9, 2011.  In sum, no monies shall be withheld from
5 Plaintiff's trust account for the purpose of payment of a filing fee in this Court.  Finally, the
6 Clerk of the Court is DIRECTED to serve a copy of this Order on the Tulare County Sheriff's
7 Department via United States Mail.

10   IT IS SO ORDERED.

11   Dated: **June 15, 2011**                        **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE

2